UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61630-Civ-WILLIAMS

ELLIOT GLASS,

    Plaintiff,

vs.

STELLAR RECOVERY, INC.,

    Defendant.
_____/

### ORDER CLOSING CASE UPON STIPULATION OF DISMISSAL

This MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice, wherein Plaintiff has requested an order dismissing the case with prejudice [D.E. 4]. Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees, except as otherwise agreed. All pending motions are denied as moot and all hearings are canceled. The Clerk is directed to **CLOSE** this case.

DONE AND ORDERED in Chambers, at Miami, Florida, this 6th day of November, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE